**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, KEVIN MUZINICH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>KEVIN MUZINICH,<br><br>　　　Defendant. | CASE NO. 1:09-CR-00181 LJO<br><br>**STIPULATION AND**<br>**ORDER TO CONTINUE HEARING**<br>(DENIED)<br>DATE: June 26, 2009<br>TIME: 9:00 am<br>JUDGE: Hon. Lawrence J. O'Neill |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel RICHARD A. BESHWATE, JR, attorney for Defendant, and MARLON COBAR, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for June 26, 2009, at 9:00 a.m. shall be continued until JULY 10, 2009, at 9:00 a.m.

///

///

This continuance is necessary so that both parties have sufficient time to continue negotiations on relevant matters and for both parties to have additional time to prepare for the hearing.

DATED: June 25, 2009

                              Respectfully submitted,
                              /S/ Richard A. Beshwate, Jr.
                              RICHARD A. BESHWATE, JR.
                              Attorney for Defendant, KEVIN MUZINICH

DATED: June 25, 2009

                              Respectfully submitted,
                              /S/ Marlon Cobar
                              MARLON COBAR
                              Assistant U.S. Attorney

**ORDER**

THE REQUEST FOR A CONTINUANCE IS DENIED.  THERE IS NO GOOD CAUSE SHOWN WHY THAT WHICH WAS TO BE DONE AS A RESULT OF THE LAST CONTINUANCE HAS NOT BEEN ACCOMPLISHED.

IT IS SO ORDERED.

**Dated:   June 25, 2009**                           /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE