**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, KEVIN MUZINICH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-00181 LJO |
| Plaintiff, | **STIPULATION** |
| vs. | **ORDER TO CONTINUE HEARING** |
| KEVIN MUZINICH, | DATE: June 26, 2009 |
| Defendant. | TIME: 9:00 am |
| | JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel RICHARD A. BESHWATE, JR, attorney for Defendant, and MARLON COBAR, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for June 26, 2009, at 9:00 a.m. shall be continued until JULY 10, 2009, at 9:00 a.m.

///

///

This continuance is necessary because although the plea agreement has been filed, the attorney will require time to prepare the defendant for hearing. In doing so, the matter will take only one appearance as it will be settled on that date. Mr. Marlon Cobar, AUSA, has indicated he would have no objection to this continuance.

DATED: June 25, 2009

          Respectfully submitted,
          /S/ Richard A. Beshwate, Jr.
          RICHARD A. BESHWATE, JR.
          Attorney for Defendant, KEVIN MUZINICH

DATED: June 25, 2009

          Respectfully submitted,
          /S/ Marlon Cobar
          MARLON COBAR
          Assistant U.S. Attorney

### ORDER

The date set for hearing is continued to JULY 10, 2009 at 9 a.m.   Good Cause is barely present. There is no explanation why the offer was not made, and thereafter reviewed by counsel and the defendant within the time frame given when the continuance from the last status conference was granted.   The fact that counsel agreed to the date set is a statement of commitment to the Court.  Counsel are admonished that an agreed-upon date is an appointment with the Court that is to be taken seriously in the future.

IT IS SO ORDERED.

**Dated:   June 25, 2009**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE